UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GALE VERE,

    Plaintiff,

v.

    Case No. 15-cv-10745
    Hon. Matthew F. Leitman

CITY OF ADRIAN, *et al.*,

    Defendants.

_____/

## ORDER DENYING PLAINTIFF'S MOTION TO AMEND COMPLAINT (ECF #25)

On March 16, 2016, Plaintiff Gale Vere filed a motion to amend his Complaint (the "Motion"). (ECF #25.) The Court held a hearing on the Motion on April 19, 2016. For the reasons stated on the record, **IT IS HEREBY ORDERED** that the Motion is **DENIED**.

    s/Matthew F. Leitman
    MATTHEW F. LEITMAN
    UNITED STATES DISTRICT JUDGE

Dated: April 19, 2016

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 19, 2016, by electronic means and/or ordinary mail.

    s/Holly A. Monda
    Case Manager
    (313) 234-5113